■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO JARA, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered on or about March 24, 2005, unanimously affirmed. No opinion. Or-

der filed. Concur—Mazzarelli, J.P., Williams, Gonzalez, Catterson and Kavanagh, JJ.